DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Lara.bradt@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HOHS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:19-cv-05217-SVK<br><br>MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD |

Counsel for Defendant requests a 14-day extension of time, from January 3, 2020 to January 17, 2020, to file the Certified Administrative Record (CAR). Defendant filed the Answer on January 3, 2020.

Counsel for Defendant requests this extension in order to resolve an issue with the preparation of the CAR in this *pro se* case. Counsel respectfully asks the Court to excuse the timing of this request, which comes after the deadline for filing of the CAR, and resulted from an administrative error.

This is Defendant's first request for an extension of time. Counsel has been unable to obtain Plaintiff's position on this motion.

Mtn. for Extension of Time, 5:19-cv-05217-SVK                                            1

Respectfully submitted,

DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT

Special Assistant United States Attorney

Date: <u>Jan. 6, 2019</u>　　　By:　　/s/ Lara A. Bradt
　　　　　　　　　　　　　　　　　LARA A. BRADT

IT IS SO ORDERED.

Date: <u>January 7, 2020</u>

　　　　　　　　　　　　　　　　　　/s/ Susan van Keulen
　　　　　　　　　　　　　　　　　HON. SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE